UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

OSCAR T. BROOKINS, individually and as the representative of a class of similarly situated persons, and on behalf of the Northeastern University Retirement Plan,

Plaintiff,

v.

Northeastern University; Northeastern University 403(B) Investment Committee; and John and Jane Does 1-10,

Defendants.

No. 1:22-cv-11053-NMG

---

## DEFENDANTS' MOTION TO CERTIFY THE APRIL 17, 2024 ORDER (DKT. 73) FOR INTERLOCUTORY APPEAL

Pursuant to 28 U.S.C. §1292(b), Defendants Northeastern University and the Northeastern University Retirement Plan Investment Committee hereby submit their motion to certify for interlocutory appeal the April 17, 2024 Memorandum and Order (Dkt. 73) in the above-captioned matter. The grounds for this motion are set forth in Defendants' accompanying memorandum of law.

WHEREFORE, Defendants respectfully request that the April 17, 2024 Memorandum and Order be certified for interlocutory appeal pursuant to 28 U.S.C. §1292(b).

*Motion denied.* /s/ NMGorton, USDJ 08/16/2024