## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Oscar T. Brookins, individually and as the representative of a class of similarly situated persons, and on behalf of the Northeastern University Retirement Plan,<br><br>                    Plaintiff,<br><br>v.<br><br>Northeastern University; Northeastern University 403(b) Investment Committee; and John and Jane Does 1-10,<br><br>                    Defendants. | No. 1:22-cv-11053-NMG |

## JOINT STATUS REPORT

Defendants Northeastern University and the Northeastern University 403(b) Investment Committee and Plaintiff Oscar T. Brookins (together, the "Parties") submit this joint status report in response to the Court's May 15, 2025 Order (Dkt. 83). The parties state that settlement discussions remain ongoing. Therefore, pursuant to the Court's May 15, 2025 Order (Dkt. 83), the Parties understand that the Court will schedule a status conference in July. The Parties respectfully note that, due to pre-existing obligations and travel plans, counsel have conflicts aside from the following days: July 15 to July 18; July 22; July 24 to July 25; July 30 to July 31; August 1. The Parties are also available the mornings of July 21 and July 23.

| | |
|---|---|
| Dated: June 13, 2025 | Respectfully submitted, |
| */s/ Joshua C. Sharp* | */s/ Osvaldo Vazquez* |
| Edward J. Meehan (admitted *pro hac vice*) | Stephen Churchill (BBO No. 564158) |
| Michael J. Prame (admitted *pro hac vice*) | Osvaldo Vazquez (admitted *pro hac vice*) |
| GROOM LAW GROUP, CHARTERED | FAIR WORK, P.C. |
| 1701 Pennsylvania Ave., NW, Suite 1200 | 192 South Street, Suite 450 |
| Washington, DC 20006 | Boston, MA 02111 |
| 202-861-6633 | 617-607-3260 |
| emeehan@groom.com | steve@fairworklaw.com |
| mjp@groom.com | oz@fairworklaw.com |
| | |
| Joshua C. Sharp (BBO No. 681439) | *Counsel for Plaintiff* |
| NIXON PEABODY LLP | |
| Exchange Place | |
| 53 State Street | |
| Boston, MA 02109 | |
| 617-345-1000 | |
| jsharp@nixonpeabody.com | |

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Joshua C. Sharp*
Joshua C. Sharp
