# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OSCAR T. BROOKINS, individually and as the representative of a class of similarly situated persons, and on behalf of The Northeastern University Retirement Plan,<br><br>  Plaintiff,<br><br>v.<br><br>NORTHEASTERN UNIVERSITY; NORTHEASTERN UNIVERSITY 403(b) INVESTMENT COMMITTEE; and JOHN and JANE DOES 1-10,<br><br>  Defendants. | Civil Action No.:  1:22-CV-11053-NMG |

## JOINT PROPOSED CASE MANAGEMENT SCHEDULE

Pursuant to Local Rule 16.1, Federal Rule of Civil Procedure 26(f) and this Court's Notice of Scheduling Conference (Doc No. 86), counsel for the Parties have conferred and submit this Joint Proposed Case Management Schedule.

**I.    Proposed Joint Discovery Plan and Motion Schedule**

Plaintiff alleges that Defendants violated the Employee Retirement Income Security Act of 1974 (ERISA), 88 Stat. 829, as amended, 29 U.S.C. § 1001 et seq. through their management of The Northeastern University Retirement Plan ("the Plan"). Plaintiff asserts these claims on behalf of himself and on behalf of a putative Rule 23 class of the Plan's participants and beneficiaries during the Class Period defined in the Complaint. Defendants deny all liability.

The Complaint was filed on June 30, 2022 (Doc. No. 1). Defendants filed a motion to dismiss on September 15, 2022 (Doc. Nos. 22, 23). The matter then was reassigned to this Session of the Court on November 20, 2023 (Doc. No. 47). With the passage of time following the filing of the initial motion and the Parties' submission in the interim of a series of notices of

1

supplemental authority, the Court requested Defendants to file a renewed motion to dismiss (Doc. No. 53). The Court denied the renewed motion to dismiss on April 17, 2024 (Doc. No. 73). Defendants filed their Answer on May 1, 2024 (Doc. No. 74).

The Court initially issued a Notice of Scheduling Conference on March 10, 2025 (Doc. No. 79). As the Parties advised in their Joint Motion for Continuance (Doc. No. 80), the Parties had engaged in informal discovery and settlement discussions. The Court adjourned the Scheduling Conference (Doc. No. 81). On May 15, 2025 and June 13, 2025, the Parties advised the Court that settlement discussions were ongoing (Doc. Nos. 82 and 84).

A.    <u>Initial Disclosures</u>:    Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1)(C) shall be served on July 21, 2025.

B.    <u>Amendments to Pleadings</u>:    Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after September 19, 2025.

C.    <u>Fact Discovery – Interim Deadlines</u>:

1.    All requests for production of documents and interrogatories must be served by December 1, 2025.

2.    All requests for admission must be served by December 1, 2025.

3.    All depositions, other than expert depositions, must be completed by January 23, 2026.

4.    Final Fact Discovery Deadline. All discovery, other than expert discovery, must be completed by January 30, 2026.

E.    <u>Class Certification Motion</u>:    Plaintiff's class certification motion and supporting papers shall be filed no later than November 21, 2025. Opposition papers shall be filed no later

than four weeks after Plaintiff's motion and supporting papers. Reply papers shall be filed no later than three weeks after Defendants' Opposition papers.

      F.    <u>Expert Discovery</u>:    The schedule for expert discovery shall be as follows:

      1.    Plaintiff's expert reports on all issues as to which they bear the burden of proof shall be served on or before February 20, 2026.

      2.    Defendants' expert reports shall be served on or before March 20, 2026.

      3.    Plaintiff may serve rebuttal reports solely for the purpose of rebutting opinions expressed in Defendants' expert reports no later than April 17, 2026.

      4.    Defendants may serve surrebuttal reports solely for the purpose of rebutting opinions expressed in Plaintiff's rebuttal reports no later than May 5, 2026.

      4.    Depositions of experts may be taken at any point after an expert's report has been served, subject to the parties' reasonable agreement on scheduling, but must be completed by May 29, 2026.

      G.    <u>Summary Judgment and *Daubert* Motions</u>:    All summary judgment and separate *Daubert* motions and supporting papers shall be filed no later than June 19, 2026. Opposition papers shall be filed no later than July 20, 2026. Reply papers shall be filed no later than August 3, 2026.

      H.    <u>Motions *in Limine*</u>:    All motions *in limine*, other than *Daubert* Motions, shall be filed no later than August 14, 2026. Opposition papers shall be filed no later than August 28, 2026.

      I.    <u>Initial Pretrial Conference</u>:    An initial pretrial conference will be held on _____ at _____ a.m./p.m. The parties shall prepare and submit a pretrial memorandum in accordance with Local Rule 16.5(d) five business days prior to the date of the conference.

### JOINT PROPOSED SCHEDULE

| Activity | Date |
| --- | --- |
| Initial Disclosures | July 21, 2025 |
| Joinder of Parties | September 19, 2025 |
| Motion for Leave to Amend Pleadings | September 19, 2025 |
| Plaintiff's Class Certification Motion | November 21, 2025 |
| Defendants' Class Certification Opposition | December 19, 2025 |
| Plaintiff's Class Certification Reply | January 9, 2026 |
| Completion of Fact Discovery | January 30, 2026 |
| Plaintiff's Expert Report(s) Due | February 20, 2026 |
| Defendants' Expert Report(s) Due | March 20, 2026 |
| Plaintiff's Rebuttal Expert Report(s), if any, Due | April 17, 2026 |
| Defendants' Surrebuttal Expert Report(s), if any, Due | May 5, 2026 |
| Expert Depositions Complete | May 29, 2026 |
| Summary Judgment (and separate *Daubert* motions) Due | June 19, 2026 |
| Summary Judgment (and *Daubert*) Oppositions Due | July 20, 2026 |
| Summary Judgment (and *Daubert*) Replies Due | August 3, 2026 |
| Motions *in Limine* Due | August 14, 2026 |
| Oppositions to Motions *in Limine* Due | August 28, 2026 |
| Initial Pretrial Conference | TBD |

II.    **Other Matters**

The Parties do not anticipate the need to alter the limitations on interrogatories, requests for production, depositions, or requests for admissions provided in Fed. R. Civ. P. 30(a)(2)(A) and 33(a) and Local Rule 26.1(c).

The Parties anticipate that discovery requests may seek disclosure of documents or information containing confidential financial information and confidential and/or proprietary business and human resources information. The Parties will prepare and file a proposed Stipulated Protective Order, subject to the provisions of Local Rule 7.2, to govern the Parties' use and handling of such information. The Parties agree that the inadvertent disclosure of documents or information protected from disclosure by the attorney-client privilege or work product doctrine shall not operate as a waiver of the privilege or doctrine. Pursuant to Federal Rule of Evidence 502(d), the Parties will submit an Agreed Order reflecting this agreement for entry by the Court.

## III.    Local Rule 16.1 Certification

The Parties will or have separately filed their Local Rule 16.1(d)(3) certifications.

## IV.    Magistrate Judge

The Parties have conferred and do not consent to trial by a magistrate judge.

***

June 24, 2025                                        Respectfully submitted,


 /s/ Osvaldo Vazquez                               /s/ Edward J. Meehan
Stephen Churchill, BBO #564158          Edward J. Meehan (admitted pro hac vice)
Osvaldo Vazquez (admitted pro hac vice)    Michael J. Prame (admitted pro hac vice)
**FAIR WORK, P.C.**                             **GROOM LAW GROUP, CHARTERED**
192 South Street, Suite 450                 1701 Pennsylvania Ave., NW, Suite 1200
Boston, MA 02111                            Washington, DC 20006
Telephone: 617.607.3260                     Tel: (202) 861-6633
Fax: 617.488.2261                           Fax: (202) 659-4503
steve@fairworklaw.com                       emeehan@groom.com
oz@fairworklaw.com                          mjp@groom.com


*Attorneys for Plaintiff and Class Members*    Joshua Sharp (BBO No. 681439)
                                            **NIXON PEABODY LLP**
                                            Exchange Place

53 State Street
Boston, MA 02109-2835
jsharp@nixonpeabody.com

*Counsel for Defendants*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 24, 2025, a copy of this document was served by ECF filing on all counsel of record.

/s/ *Osvaldo Vazquez*
Osvaldo Vazquez, Esq.