IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OSCAR T. BROOKINS, individually and as the representative of a class of similarly situated persons, and on behalf of The Northeastern University Retirement Plan,<br><br>  Plaintiff,<br><br>v.<br><br>NORTHEASTERN UNIVERSITY; NORTHEASTERN UNIVERSITY 403(b) INVESTMENT COMMITTEE; and JOHN and JANE DOES 1-10,<br><br>  Defendants. | Civil Action No.:  1:22-CV-11053-NMG |

**JOINT STATUS REPORT REGARDING MEDIATION
AND NOTICE OF SETTLEMENT**

Pursuant to the Court's Scheduling Order (Doc No. 92), the Parties file this Status Report regarding the progress of mediation. The Parties report that they completed a full-day mediation on August 20 and have reached a settlement in principle.

The Parties are in the process of negotiating the settlement agreement and anticipate that they will reach a final agreement shortly. Plaintiff will file a motion for preliminary approval once a final agreement is reached. The Parties anticipate that the process will be completed and that Plaintiff will be in position to file on or before October 15, 2025.

September 15, 2025                                        Respectfully submitted,


 /s/ Osvaldo Vazquez                                      /s/ Edward J. Meehan
Stephen Churchill, BBO #564158              Edward J. Meehan (admitted pro hac vice)
Osvaldo Vazquez (admitted pro hac vice)  Michael J. Prame (admitted pro hac vice)
**FAIR WORK, P.C.**                                          **GROOM LAW GROUP, CHARTERED**
192 South Street, Suite 450                      1701 Pennsylvania Ave., NW, Suite 1200

Boston, MA 02111
Telephone: 617.607.3260
Fax: 617.488.2261
steve@fairworklaw.com
oz@fairworklaw.com

*Attorneys for Plaintiff and Class Members*

Washington, DC 20006
Tel: (202) 861-6633
Fax: (202) 659-4503
emeehan@groom.com
mjp@groom.com

Joshua Sharp (BBO No. 681439)
**NIXON PEABODY LLP**
Exchange Place
53 State Street
Boston, MA 02109-2835
jsharp@nixonpeabody.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 15, 2025, a copy of this document was served by ECF filing on all counsel of record.

                                            */s/ Osvaldo Vazquez*
                                            Osvaldo Vazquez, Esq.