**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Oscar T. Brookins, individually and as the representative of a class of similarly situated persons, and on behalf of the Northeastern University Retirement Plan,

Plaintiff,

v.

Northeastern University; Northeastern University 403(b) Investment Committee; and John and Jane Does 1-10,

Defendants.

No. 1:22-cv-11053-NMG

**AFFIDAVIT OF STEPHEN CHURCHILL**

I, Stephen Churchill, state as follows.

1. I am a 1988 graduate of Stanford University and a 1993 graduate of Harvard Law School. Following my admission to the Massachusetts bar in 1993, I have focused primarily on employment law.

2. After graduating law school, I worked for one year at a plaintiff's employment firm, followed by ten years at Conn Kavanaugh, a 20-plus attorney firm in Boston, where I worked as an associate and then a partner. During my time at Conn Kavanaugh, I represented both employees (in discrimination, non-compete, and other cases) and employers (including cases for Raytheon Company; Metropolitan Life Insurance Company; Avon Products, Inc.; and numerous smaller employers). From 2004 to 2010, I worked at Harvard Law School, running the Employment Civil Rights Clinic at the WilmerHale Legal Services Center. From 2007 to the present, I have taught at least two employment law courses each year at Harvard Law School, one focusing on advocacy skills and one focusing on the enforcement of employment laws. I have also taught courses on

employment discrimination. I continue to direct the law school's employment law clinic. From 2010 to 2013, I worked at Lichten & Liss-Riordan, P.C., a nationally-recognized employment law firm, handling both individual and class action litigation on behalf of employees. In 2013, I co-founded Fair Work, P.C., a firm dedicated to representing employees in workplace disputes, including both individual and complex class action cases. Fair Work handles class action cases in Massachusetts and across the country.

3. Based on my 32-plus years of experience, I have developed a high level of expertise in employment law matters, including cases of employment discrimination and cases alleging violations of wage and hour laws. I also have developed expertise in two other areas that are more specialized. First, I have substantial experience in ERISA matters, an area that requires specialized knowledge based on the statute, its detailed regulations, and a large body of caselaw. I have a number of reported cases from the First Circuit in ERISA cases. Second, I have extensive experience with class actions. Indeed, over the course of my career, I have worked as plaintiffs' counsel in numerous class actions, in both Massachusetts and other states. I have been designated as class counsel by numerous courts.

4. Over the course of my career, I have been counsel on numerous reported cases, in both state and federal court. I have worked individually or with co-counsel to obtain favorable rulings in the following more recent cases, among other cases, *Gonzalez v. XPO Last Mile, Inc.*, 2024 WL 3697543 (D.Mass. Aug. 7, 2024), *Doe v. Morgan Stanley & Co., LLC*, 2024 WL 3677615 (D.Mass. Aug. 6, 2024), *Brookins v. Northeastern Univ.*, --- F. Supp. 3d ---, 2024 WL 1659507 (D.Mass. Apr. 17, 2024), *Prinzo v. Hannaford Bros. Co., LLC*, 343 F.R.D. 250 (D.Mass. 2023), *Weiss v. Loomis, Sayles & Company, Inc.*, 97 Mass. App. Ct. 1 (2020), *Gammella v. P.F. Chang's China Bistro, Inc.*, 482 Mass. 1 (2019), *Sullivan v. Sleepy's LLC*, 482

Mass. 227 (2019), *Lavery v. Restoration Hardware Long Term Disability Benefits Plan*, 937 F.3d 71 (1st Cir. 2019), *Ouadani v. TF Final Mile LLC*, 876 F.3d 31 (1st Cir. 2017), *Malebranche v. Colonial Automotive Group*, 2017 WL 5907557 (Mass. Super. Ct. Oct. 20, 2017), *Mooney v. Domino's Pizza, Inc.,* 2016 WL 4576996 (D.Mass. Sep. 1, 2016), *Reeves v. PMLRA Pizza, Inc.,* 2016 WL 4076829 (D.Mass. Jul. 29, 2016), *Craig v. Sterling Lion, LLC,* 2016 WL 239299 (Mass. App. Ct. Jan. 21, 2016), *Smith v. City of Boston,* 144 F. Supp. 3d 177 (D.Mass. 2015), *Vitali v. Reit Management & Research, LLC*, 88 Mass. App. Ct. 99 (2015), *Carpaneda v. Domino's Pizza, Inc.,* 89 F. Supp. 3d 219 (D.Mass. 2015), *Parham v. Wendy's Co*., 2015 WL 1243535 (D.Mass. Mar. 17, 2015), *Carpaneda v. Domino's Pizza, Inc.,* 991 F. Supp. 2d 270 (D.Mass. 2014), *Torres v. Niche, Inc*., 2013 WL 6655415 (D.Mass. Dec. 18, 2013), *Depianti v. Jan-Pro Franchising International, Inc*., 465 Mass. 607 (2013), *Lopez v. Commonwealth of Massachusetts*, 463 Mass. 696 (2012), and a number of earlier cases.

5. I have tried numerous cases, including cases in federal court, in state court, in arbitration, and in administrative agencies (including the Massachusetts Commission Against Discrimination) and have won substantial verdicts and judgments on behalf of employees.

6. In 2019, I was recognized as a Lawyer of the Year by *Massachusetts Lawyers Weekly* for my work on employment cases. I have for many years been recognized as a Super Lawyer and have made the Super Lawyer Top 100 in Massachusetts list numerous times. I also have been recognized by Chambers and Partners.

7. In addition to my regular teaching at Harvard Law School, I have spoken on or moderated a number of panels addressing employment law issues.

8. I also have written a number of articles or papers on employment law matters.

9. Based on my 30-plus years of experience, it is difficult for employees who have suffered harm to find counsel to represent them. There are many more employees looking for legal assistance than there are attorneys available to represent them. Our firm represents workers on a contingency basis, because virtually none of the individuals we represent can afford to pay hourly fees. Based on available data, however, I believe that my fair market hourly rate is at least $650 per hour, and I have been awarded fees at that rate. Indeed, my fair market hourly rate for this case is likely higher than that rate, because I have been awarded that rate in individual discrimination cases that do not require the same specialized skill and experience as ERISA class actions. Based on his years of experience and market data, I believe that the fair market hourly rate for Attorney Oswaldo Vazquez, who has been practicing law since 2008, is at least $500 per hour, and likely higher given his skill and experience with ERISA class actions.

10. To date, I have spent at least 54 hours on this matter (representing fees of at least $35,100) and Attorney Vazquez has recorded over 387 hours (representing fees of at least $193,500). These fees have been incurred performing work on a lengthy case investigation, researching and drafting a highly-detailed and technical complaint, researching and briefing an opposition to a complex motion to dismiss, reviewing and analyzing extensive records produced by the Defendants, engaging in lengthy settlement discussions (including a day-long mediation), drafting and negotiating a formal settlement agreement, drafting a motion for preliminary approval of the proposed agreement, and handling the ongoing settlement approval and administration process. There were frequent occasions when I performed additional work on the case that was not recorded, including brief emails or phone calls, or other minor tasks, so our firm's actual fees are higher. In addition, Attorney Vazquez and I expect to spend considerably more time with the remaining settlement approval and administration process. Given the timing of the settlement in

this case, the only out-of-pocket expenses that our firm incurred was the filing fee. We do not separately account for or allocate overhead costs like copying or the use of administrative or paralegal staff, but we relied on those resources during the prosecution of this case.

Signed under the penalties of perjury this 22nd day of December, 2025.

*/s/ Stephen Churchill*
Stephen Churchill